UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA FEAO and C.F., a minor by and through her Guardian ad Litem Jessica Feao,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 2:20-cv-6016 DMG (KSx)<br><br>**ORDER [98]**<br><br>Honorable Dolly M. Gee<br>United States District Judge |

Having reviewed the parties' Stipulation for Dismissal with Prejudice and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the above-captioned action is dismissed in its entirety with prejudice.

IT IS FURTHER ORDERED THAT the parties shall bear their own respective attorney's fees, costs, and expenses.

Dated: February 16, 2024

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE